**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES R. JACKSON,** | : | |
|     Plaintiff | : | Civil Action No. 1:06-CV-539 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **EDWARD V. GRYNKEWICZ, III, et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 25th day of July, 2007, **IT IS HEREBY ORDERED THAT** Plaintiff shall immediately make available the psychiatric records requested by Defendants related to Plaintiff's counselor at Edgewater Psychiatric Clinic.

                                                              S/ Yvette Kane
                                                              Yvette Kane, Chief Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania